IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN WILBURN CARROLL, | :   CIVIL ACTION |
| | : |
| v. | : |
| | :   No. 11-4007 |
| COUNTY OF CHESTER TAX CLAIM BUREAU | : |

### ORDER RE: DEFENDANT'S MOTION TO DISMISS

AND NOW, on this     17th     day of August, 2011, upon careful consideration of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, Insufficiency of Process, and Failure to State a Claim Upon Which Relief Can be Granted, Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(4), and 12(b)(6) (ECF No. 4), and Plaintiff's response thereto, and for the reasons in the accompanying Memorandum of Law, it is hereby ORDERED that Defendant's Motion is GRANTED and the Complaint (ECF No. 1) is DISMISSED.  The Clerk shall mark this matter as CLOSED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-4007 Carroll v. County of Chester Tax\11-4007 Carroll v County MTD order.wpd